FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 04 2026

RCV'D USMS SANTA FE
AUG 27 2026 PM12:03

ERIK PALTROW
CLERK OF COURT

AO 442 (Rev. 08/14) Arrest Warrant

**UNITED STATES DISTRICT COURT**
**for the**
**District of New Mexico**

UNITED STATES OF AMERICA
v.

David Anthony Calbert
*Defendant*

Case No. 1084 2:15CR04269- 002JB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay David Anthony Calbert, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: consumed alcohol and marijuana.

Date: 8/27/2026

*Issuing Officer's signature*

City and state: Santa Fe, NM

ERIK PALTROW, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on ( date ) 8/27/2026 and the person was arrested on ( date ) 9/1/2026
at ( city and state ) Roswell, NM.

Date: 9/1/2026

*Arresting officer's signature*

Jose Chairez SDUSM
*Printed name and title*

FOR: DUSM Stewart