AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 04 2026

ERIK PALTROW
CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
David Calbert
*Defendant*

Case No. 15-cr-4269 (JB)

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/4/2026

*Defendant's signature*

*Signature of defendant's attorney*

Wayne Baker 142373
*Printed name and bar number of defendant's attorney*

1417 Juan Tabo NE
*Address of defendant's attorney*

federallitigator@gmail.com
*E-mail address of defendant's attorney*

505-652-4222
*Telephone number of defendant's attorney*

888-308-0987
*FAX number of defendant's attorney*