**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough, United States Magistrate Judge

Preliminary Revocation/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 2:15-cr-04269-JB-2 | UNITED STATES vs. CALBERT | |
| Hearing Date: | Friday, September 4, 2026 | Time In and Out: | 1:45 p.m. – 1:50 p.m. |
| Courtroom Deputy: | N.Gassner | Courtroom: | Rio Grande |
| Defendant: | David Calbert | Defendant's Counsel: | Wayne Baker |
| AUSA: | Paul Mysliwiec | Pretrial/Probation: | Laina Romero |
| Interpreter: | N/A | Witness: | N/A |

| | | | | |
|---|---|---|---|---|
| **Initial Appearance** | | | | |
| ☐ | Defendant received a copy of charging document | | | |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights | | | |
| ☐ | Defendant currently has Court appointed counsel | | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention | |
| ☐ | Set for | on | | @ |
| **Preliminary/Show Cause/Identity** | | | | |
| ☒ | Defendant waives Preliminary Hearing | | | |
| ☐ | Preliminary Hearing held | | | |
| ☒ | Court finds defendant violated conditions of supervised release | ☐ | Court does not find probable cause | |
| **Detention** | | | | |
| ☐ | Defendant waives right to contest detention | | | |
| ☒ | Defense requests release on previously imposed conditions; USPO opposes; Government is not opposed; Court orders Defendant released on previously imposed conditions. | | | |
| **Custody Status** | | | | |
| ☒ | Defendant released | | | |
| ☒ | Conditions of release previously imposed remain in effect | | | |
| **Other** | | | | |
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver | | | |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. | | | |
| ☒ | Matter referred to District Judge for Final Revocation Hearing | | | |
| ☐ | | | | |